**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA CORTEZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-05909-ODW-PD<br><br>Hon. Otis D. Wright, II<br><br>**JUDGMENT RE DEFENDANT NISSAN NORTH AMERICA, INC.'S RULE 68 OFFER**<br><br>Complaint Filed: November 9, 2023<br>Removed:          July 12, 2024 |

---

## JUDGMENT

The Court, having received the written Acceptance of HILDA CORTEZ ("Plaintiff") of Defendant NISSAN NORTH AMERICA, INC.'s ("Nissan") Rule 68 Offer determines that the parties have agreed to entry of judgment to resolve all matters in dispute in this action pursuant to Federal Rules of Civil Procedure Rule 68.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Judgment is entered against NISSAN NORTH AMERICA, INC. in favor of HILDA CORTEZ in the amount of $75,495.00 (Seventy Five Thousand Four Hundred Ninety Five Dollars and No Cents.)

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any motion for fees must be made pursuant to California Rules of Court, rule 3.1702. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action undersection 1794(d) of the California Code of Civil Procedure as of the date of this offer of judgment. Nissan expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Nissan will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

Dated: February 17, 2026

_____
Otis D. Wright II
United States District Judge

Page 1

**[PROPOSED] JUDGMENT RE DEFENDANT'S RULE 68 OFFER**